**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| THOMAS LOGAN, | : | No. 148 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (CITY OF PHILADELPHIA), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.